UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
CIVIL CASE NO: 06-108-WOB

STEPHEN MANN,                                                    PLAINTIFF

v.

KAREN LINN, et al.,                                              DEFENDANTS

## MEMORANDUM ORDER

In response to plaintiff's complaint, several defendants filed motions to dismiss in June and July of 2006. Those motions remain pending, as subsequent to their filing plaintiff's counsel withdrew and plaintiff was granted additional time in which to file a *pro se* response or obtain new counsel.[1] On February 12, 2007, plaintiff filed a motion seeking an additional extension of time in which to respond to the pending motion. In his *pro se* motion seeking further extension, plaintiff explains that he has been able to secure new counsel, Bryan Perkins, but that counsel requires an additional sixty days in which to respond. A letter to the court from Mr. Perkins confirms his agreement to enter his appearance in this case in the near future.

Although plaintiff's request is reasonable, it must be balanced by the fact that defendants' motions to dismiss have now been pending for well over six months, and will be further delayed by the entry of new counsel. Accordingly, **IT IS ORDERED:**

1. Plaintiff's motion to extend time [DE #23] is **granted**;

---

[1] Plaintiff's counsel responded to the motion to dismiss filed by defendants Gutzeit and Linn before withdrawing, but not to the motion filed by defendant Helmig. However, in light of the withdrawal of counsel the presiding district judge postponed ruling on any of the pending motions.

1

2. The Clerk shall send a copy of this order to Mr. Bryan Perkins at 810 Sycamore Street, 5th Floor, Cincinnati, OH 45202;]

3. Mr. Perkins shall file an entry of appearance together with his *pro hac vice* motion within thirty (30) days of the date of this order;

4. Plaintiff shall file any response to the pending motion(s), whether *pro se* or through counsel, **on or before April 15, 2007**. NO FURTHER EXTENSIONS WILL BE GRANTED.

This the 15th day of February, 2007.

Signed By:
*J. Gregory Wehrman*
United States Magistrate Judge

2